IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

UNITED STATES OF AMERICA

v.

ANDREW J. FEMMER
_______________/

SEALED
**INDICTMENT**
3:21-cr-60/MCR

THE GRAND JURY CHARGES:

COUNT ONE

On or about July 14, 2019, in the Northern District of Florida, the defendant,

ANDREW J. FEMMER,

while acting under color of law, as a correctional officer of the State of Florida, did assault and strike J.A., an inmate at the Santa Rosa Correctional Institution, resulting in bodily injury to J.A., and thereby did willfully deprive J.A. of a right secured and protected by the Constitution and laws of the United States, that is, the right not to be subjected to cruel and unusual punishment while in official custody and detention by one acting under color of law.

In violation of Title 18, United States Code, Section 242.

Returned in open court pursuant to Rule 6(f)
8/24/2021
Date
[signature]
United States Magistrate Judge

FILED USDC FLND PN
AUG 24 '21 PM3:07

**COUNT TWO**

On or about July 14, 2019, in the Northern District of Florida, the defendant,

**ANDREW J. FEMMER,**

did knowingly conceal, cover up, falsify, and make a false entry in a record and document with the intent to impede, obstruct, and influence the investigation and proper administration of a matter within the jurisdiction of the Federal Bureau of Investigation, a department and agency of the United States, and in relation to and in contemplation of such a matter. That is, in a Use of Force Incident Report and Report of Force Used, **FEMMER** concealed, covered up, and made the following entry knowing it to be false:

(1) J.A. refused to participate in a medical evaluation by "lunging off of the table" towards **FEMMER**;

(2) **FEMMER** never struck J.A. in the face or head during the incident;

(3) **FEMMER** held J.A. "as he continued to resist staff;"

(4) J.A. was observed "reaching for a homemade cuff key;"

(5) **FEMMER** "utilized only the minimum amount of force necessary to bring [J.A] into compliance with orders during this use of force."

In violation of Title 18, United States Code, Sections 1519 and 2.

A TRUE BILL:

[redacted]

FOREPERSON

8/24/2021

DATE

JASON R. COODY
Acting United States Attorney

DAVID L. GOLDBERG
Assistant United States Attorney

KAITLIN WEISS
Assistant United States Attorney