**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF FLORIDA**
**PENSACOLA DIVISION**

**UNITED STATES OF AMERICA,**

**Plaintiff,**

**v.** **Case No. 3:21cr60/MCR**

**ANDREW J FEMMER,**

**Defendant.**

______________________________/

# VERDICT FORM

We the Jury, in the above entitled and numbered case, unanimously, and beyond a reasonable doubt, find the Defendant, **ANDREW J. FEMMER:**

## COUNT ONE

__X__ Not Guilty

_____ Guilty

*If you have found the defendant not guilty of Count One, proceed to Count Two. If you have found the defendant guilty of Count One, you must determine whether the assault caused bodily injury, and you must say so below:*

_____ Yes

_____ No

## COUNT TWO

__X__ Not Guilty

_____ Guilty

**SO SAY WE ALL,** this the _8_ day of February 2022.

[redacted]

Foreperson's Signature